UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 92-14062-CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM KEEGAN,

    Defendant.
_____/

FILED by _____ D.C.

MAR 0 2 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON
## DEFENDANT'S PRO SE MOTION TO DISMISS (DE# 65)

**THIS CAUSE** having come on to be heard upon the above-styled motion and this Court having reviewed the motion and otherwise being advised in the premises, this Court makes the following report and recommendation to the District Court.

1. The Defendant is charged by Indictment with conspiracy to import cocaine hydrochloride in violation of Title 21, United States Code, Sections 952(a), 959(b)(2), 960 and 963; and with importation of cocaine hydrochloride in violation of Title 21, United States Code, Sections 959(b)(2) and 960, and Title 18, United States Code, Section 2.

2. The pro se motion to dismiss was filed by the Defendant on or about February 4, 2010 which was prior to his being removed to this District. This Court held an initial appearance in this case on February 16, 2010.

3. This Court's Order Appointing the Federal Public Defender dated February 16, 2010 advises the Defendant that any pleadings or motions in this case shall be filed by his counsel of record and not pro se. This motion alleges facts and argues points of law which are better addressed by Defendant's counsel of record once discovery has been received and a proper investigation of the facts has taken place by the office of the Federal

Public Defender. In the event that counsel for the Defendant believes that facts and law support such a motion to dismiss, then a proper motion can be filed at a later date without any prejudice to the Defendant.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's pro se Motion To Dismiss (DE# 65) be **DENIED** without prejudice.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable William J. Zloch, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this ____2nd____ day of March, 2010, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Kenneth L. Ryskamp
AUSA Jennifer Millien
AFPD Fletcher Peacock